IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN C. SCOTT,

    Plaintiff,

v.

CHARLES DUDLEY LEE, et al.,

    Defendants.

No. C 07-0315 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a former state prisoner. Mail sent to plaintiff at the last address he gave has been returned as undeliverable. Petitioner has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b). Plaintiff's motion for stay (document number 5 on the docket) is **DENIED** as moot. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SCOTT315.DSM.wpd